UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANTE PATTISON,

    Plaintiff,

v.

MEGAN SULLIVAN, et al.,

    Defendants.

Case No.: 3:25-cv-00595-ART-CLB

**ORDER**

On October 20, 2025, state prisoner Dante Pattison filed an application to proceed *in forma pauperis* and submitted pages of documents that purport to be exhibits to a civil-rights complaint. (ECF Nos. 1, 1-1). But Plaintiff has not submitted a complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

**I.   CONCLUSION**

It is therefore ordered that Plaintiff has **until November 24, 2025**, to submit a signed complaint to this Court on its approved form.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff Dante Pattison the approved form for filing a civil-rights complaint by an inmate with instructions.

**DATED**: October 23, 2025

_____
UNITED STATES MAGISTRATE JUDGE